ERIT REALTY CORPORATION, Respondent, *v.* SEA GATE ASSOCIATION, Appellant.

(Argued January 10, 1930; decided February 11, 1930.)

*Harold M. Kennedy* and *Meier Steinbrink* for appellant.

*Harry L. Kreeger, Maxwell Slade, William Roth* and *Charles Eno* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.